No. 77–1364. CENTRAL ARKANSAS AUCTION SALE, INC., ET AL. *v.* DEPARTMENT OF AGRICULTURE ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–1366. GILES LOWERY STOCKYARDS, INC., DBA LUFKIN LIVESTOCK EXCHANGE *v.* DEPARTMENT OF AGRICULTURE ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–1374. C. K. SMITH & CO., INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied.

No. 77–1405. RAMOS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 77–1411. CAULFIELD ET AL. *v.* HIRSCH, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 3d Cir. Certiorari before judgment denied.

No. 77–1424. JACOBS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–1442. AKERS MOTOR LINES, INC., OF DELAWARE ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–1469. CARTER *v.* HAWSEY, JUDGE. 14th Jud. Dist. Ct. La., Calcasieu Parish. Certiorari denied.

No. 77–1495. MILLER *v.* UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY, LOCAL UNION No. 198. C. A. 5th Cir. Certiorari denied.

No. 77–1509. RELIANCE INSURANCE CO. *v.* F & D ELECTRICAL CONTRACTORS, INC., ET AL. C. A. 5th Cir. Certiorari denied.